UNITED STATES OF AMERICA
NORTHERN DISTRICT OF CALIFORNIA

CV 18 1319 (PR) DMR

FILED
FEB 28 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  IN PRO SE:
2  Curtis Crenshaw
3  #LIL1548, 5-C-06
4  550 6th Street
5  Oakland, CA. 94607

6  Curtis Crenshaw
7           Plaintiff,
8  vs.
9  Dep. Broach Jr. #2347
10 Dep. Ronquillo,
11 Glenn Dyer Dentention Facility
12 550 6th Street
13 Oakland, CA. 94607.
14          Defendant,

JURISDICTION
28 U.S.C. 1331
42 U.S.C. 1983

## COMPLAINT

To the Honorable Judge of the United States of America and Grand Jury of the Northern District Courts of California. Plaintiff, Curtis Crenshaw request of the courts to file petition, violations 1983 civil actions against defendants for assault & battery, cruel and unusal punishment, breech of duty, neglegedence, abuse of authority, unecessary use of force and disorderly conduct. (Estell-vs-Gamble) U.S. sup. ct. 8th amendment for deprivation of rights secured in the United States Constitution under the color of state and federal law.

(1)

Jury Trial Demanded    Fed. Rule 37, F.R. Civ. Procedure.

## Statements of Facts

1. On this day, February 11, 2018 at the hrs. 8pm.
2. Dep. RonQuillo advised all inmates 5-c-pod to lockdown.
3. As to following procedures and policies all (GP) inmates
4. general populations, did so in a orderly manner.
5. Inmate Rodrick Ford, 5-c-14 before entering the cell
6. approached to get some hot water. Dep. RonQuillo is
7. aware of health issues concerning the water in cells,
8. which is why the facility provide hot water to inmates,
9. also I/M Ford has medical conditions and is a diabetic.
10. Dep. RonQuillo order I/M Ford to lockdown, and he does.
11. Dep. RonQuillo enters the pod to cut the T.V. off to
12. announce: <u>No - Hot water</u> ! <u>No - T.V.</u> ! At the hrs. 10pm.
13. Feb. 11, 2018 Dep. Broach Jr. advise all 5-c-pod (GP) inmates to
14. be addressed on Dep. RonQuillo actions. Inmate, C. Crenshaw/5-c-6
15. was with (GP) as instructed to be accounted for, but his
16. cell-mate was sleeping. Dep. Broach yelled, "<u>Get yo' ass up Bitch</u>",
17. the inmate did not disrespect staff. Dep. Broach continue to
18. verbally confront the inmate. The inmate, Tyrone M. stood up to
19. express that he was asleep and asked the deputy not to dis-
20. respect him. Dep. Broach walked towards the entrance
21. of 5-c-6 to engage the inmate (see recorded audios)

(2)

1. Dep. Broach said "ur New, one of those tuff guys (huh).
2. The inmate said "I'm not no bitch," I just got here - you trippen.
3. All inmates, 5-c-pod is watching and Dep. Broach exit 5-c-6
4. announces to (GP) this pod is fucking up, so we have a problem,
5. no water, & no T.V. and to the new bitch, I'll see you tommorow
6. and order (GP) inmates to lockdown, we all did as advised.
7. February 12, 2018 at the hrs. 8pm Dep. Broach & Dep. Ronquillo
8. conducted a cell search on (GP) inmates 5-c-pod (see audio)
9. As all inmates (GP) 5-c-pod was instructed to return
10. and lockdown. Inmate, C. Crenshaw #UU548, 5-c-6
11. was talking to another inmate. Dep. Broach yelled, "shut up"!
12. Dep. Ronquillo said "is that Crenshaw," Jones had you quite.
13. I/M Crenshaw responded "that guy snake me, and didn't knock
14. me out. Dep. Ronquillo laugh and stated, that's not
15. what I saw on the video. Dep. Broach stop I/M Crenshaw
16. (see recorded audio) outside 5-c-pod entrance surveillance
17. by the elevator. Dep. Broach ordered I/M Crenshaw to
18. go into the multi-purpose room. Dep. Ronquillo whispered
19. something to Dep. Broach and pointed at I/M Tyrone M.
20. I/M Crenshaw's cellmate, ordering the inmate to return,
21. placed in the multi-purpose room with I/M Crenshaw.

(3)

1. Inmate, Tyrone M. and inmate, Crenshaw was allowed to
2. return to 5-c-6 (see audio recorded) As I/M Crenshaw
3. walked to his cell entrance, he pick up his cup.
4. Dep. Broach ran towards I/M Crenshaw in a aggressive
5. manner, shouting "stop resisting." I/M Crenshaw had
6. the cup in hand and his free hand was down, on the side
7. not to be in a hostile state or position to be a security threat.
8. Dep. Broach grabbed I/M Crenshaw around the neck.
9. Inmate Crenshaw scream out, "what's wrong—I'm not resisting."
10. Dep. Broach throws a punch to hit inmate Crenshaw in his face,
11. and into his body. I/M Crenshaw drops his cup (stagger)
12. Dep. Ronquillo subdued I/M Crenshaw by his legs.
13. Dep. Broach falls trying punch inmate, shouting "stop resisting".
14. Dep. Ronquillo bends his legs to hit inmate in the back & side to
15. handcuff inmate face down. Dep. Broach punches inmate
16. in the face being restrained (see Recorded audio.)
17. Inmate Crenshaw was screaming about his back,
18. and they transferred I/M Crenshaw to Highland Hospital.
19. Dep. Mayfield & Dep. Espinoza took statements.
20. Inmates were afraid, due to retaliation.

(4) Cristian Rivera # LM485
Aramiy Burrell # LM6116
LaCon Johnson # LLQ310
Timothy Paige # LM4874

Damage Sought

The following are sued for causing personal injury, pain and suffering, defamation of character, grief, mortification, and stress.

To their capacity for the sums $2,000,000.00 each. $2,000,000.00 in their individual capacity, compensatory, punitive, and general damages.

I execute the foregoing true pursuant to 28 U.S.C. 1746 in pro ser

DATE: 02-15-18

Curtis Crenshaw #QLU1874
GLENN E DYER DETENTION FACILITY
550 6th Street
Oakland, CA 94607

(5)