UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS CRENSHAW,

    Plaintiff,

    v.

BROUCH, et al.,

    Defendants.

Case No. 18-cv-01319-RS (PR)

**ORDER OF DISMISSAL**

    Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) under Civil Local Rule 3-11(b) because plaintiff failed to keep the Court apprised of his current address, and under Federal Rule of Civil Procedure 41(b) because he failed to prosecute this matter.

    The Clerk shall enter judgment in favor of defendants, and close the file.

    **IT IS SO ORDERED.**

**Dated:** June 26, 2018

_____
RICHARD SEEBORG
United States District Judge