UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS CRENSHAW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BROUCH, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-01319-RS (PR)<br><br>**JUDGMENT** |

This federal civil rights action having been dismissed without prejudice, judgment is entered in favor of defendants.

**IT IS SO ORDERED.**

**Dated:** June 26, 2018

_____
RICHARD SEEBORG
United States District Judge